COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



# ORDER ON MOTION

Cause number:  01-12-01122-CR

Style:       *In re Edward R. Newsome, Relator*

Type of motion:       Amended motion for leave to file for a new trial filed April 22, 2013

Party filing motion:   Relator

Relator's amended motion leave to file for a new trial, construed as a motion to rehear relator's petition for writ of mandamus, is **denied**.

Judge's signature:      /s/ Jane Bland
                        Acting for the Court

Panel consists of Justices Jennings, Bland, and Massengale.

Date:   May 17, 2013.